# Third District Court of Appeal

## State of Florida

Opinion filed July 14, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-62
Lower Tribunal Nos. 18-2870 CC; 19-274 AP
_____

## Everything Dry Restoration, LLC, a/a/o Jacque Pierre,
Appellant,

vs.

## Universal Insurance Company of North America,
Appellee.

An Appeal from the County Court for Miami-Dade County, Maria D. Ortiz and Gordon Murray, Judges.

Font & Nelson, PLLC, and Frantz C. Nelson and Dahlene K. Miller-Almodovar (Fort Lauderdale), for appellant.

Quintairos, Prieto, Wood & Boyer, P.A., and Thomas A. Valdez and Vilma Martinez (Tampa), for appellee.

Before LOGUE, LINDSEY, and MILLER, JJ.

PER CURIAM.

Affirmed.